# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ST. GEORGE PROFESSIONAL
FIREFIGHTERS ASSOCIATION
LOCAL 4524, JOSHUA HARRELL,
KRISTOPHER PEEL, JASON
TURNER, DAVID HEBERT, TRAVIS
MOORE, JACOB CROW, BLAKE
BOURGEOIS, CHELSEA BLOUNT

VERSUS

ST. GEORGE FIRE PROTECTION
DISTRICT NO. 2, AND GERARD
TARLETON, IN HIS OFFICIAL
CAPACITY AS FIRE CHIEF

NO.  2022 CW 0027

MARCH 28, 2022

---

In Re:    St. George Professional Firefighters Association Local
          4524, et al., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 709946.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's November 9, 2021 judgment granting the exception of no right of action filed by the defendants is a final, appealable judgment.  Therefore, it is hereby ordered that this case be remanded to the district court with instruction to grant the plaintiffs an appeal pursuant to the December 3, 2021 pleading notifying the district court of the relators' intention to seek writs.  See **In re Howard,** 541 So.2d 195 (La. 1989).  A copy of this court's action is to be included in the appellate record.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT